IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| LATOYA FERGUSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BURTON CLAIM SERVICE, INC., and SEIBELS CLAIMS SOLUTIONS, INC.,<br><br>Defendants. | Case No. 3:21-cv-00580-SAL |

**JOINT MOTION FOR SETTLEMENT APPROVAL**

Named Plaintiff, Latoya Ferguson, in her individual capacity and on behalf of all Opt-In Plaintiffs (collectively "Plaintiffs"),[1] Defendants Burton Claim Service, Inc. ("Burton"), and Defendant Seibels Claims Solutions, Inc. ("Seibels") (collectively "Defendants"), move the Court for an order approving the Parties' settlement. Following two years of contentious litigation, the Parties agreed to a global settlement of $225,000.00, resolving Plaintiffs' wage-and-hour claims under the Fair Labor Standards Act ("FLSA") and provides each of the 11 Plaintiffs with a fair recovery, given the legal risks in the case. Upon execution of the Settlement Agreement, attached as Exhibit A, Plaintiffs' Counsel emailed each Plaintiff a copy of the Settlement Agreement, an estimate of her proportional share under the settlement, the amount for the Named Plaintiff's service payment, the amount for attorneys' fees and costs, what claims Plaintiffs and Defendants will release if they choose to participate, and an explanation of her right to opt out of the settlement. Along with the email, Plaintiffs' Counsel sent each Plaintiff an accompanying text message notifying Plaintiffs of the emailed settlement notice. Following a 14-day notice period, none of the

---

[1] Excluded from Plaintiffs are any collective members who did not file a consent to sue in this case.

1

Plaintiffs opted-out of the settlement.

The Parties now request that the Court issue an order:

    (1)    Approve the Settlement Agreement;

    (2)    Approve a service award of $2,000.00 to Named Plaintiff Ferguson for her service to Plaintiffs;

    (3)    Approve attorneys' fees and costs of $171,000.00, which is less than 50% of the lodestar; and

    4)    Enter the order the Parties submitted to the Court dismissing the lawsuit.

In support of this Motion, the Parties refer the Court to their memorandum of law submitted herewith, along with the Exhibits and Declarations attached thereto.

Dated this 27th day of April, 2023.

Respectfully submitted,

s/ *Blaney A. Coskrey, III*
Blaney A. Coskrey, III, Federal ID No. 05421
COSKREY LAW OFFICE
1201 Main Street, Suite 1980
Columbia, SC 29201
Telephone: (803) 748-1202
Facsimile: (803) 748-1302
coskrey@coskreylaw.com

Matt Dunn, *Admitted Pro Hac Vice*
Rebecca King, *Admitted Pro Hac Vice*
GETMAN, SWEENEY & DUNN, PLLC
260 Fair Street
Kingston, NY 12401
Telephone: (845) 255-9370
Facsimile: (845) 255-8649
mdunn@getmansweeney.com

ATTORNEYS FOR PLAINTIFFS

s/ *Cara Y. Crotty*
Cara Y. Crotty, Federal ID No. 6869
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
1301 Gervais Street, Suite 1020
Columbia, SC 29201
Telephone: (803) 256-3200
ccrotty@constangy.com

Elizabeth H. Joiner, *Admitted Pro Hac Vice*
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
200 West Forsyth Street
Suite 1700
Jacksonville, FL 32202-4317
Telephone: 904.356.8900
Facsimile: 904.356.8200

| | |
|---|---|
| s/ *Debbie Whittle Durban* <br> Debbie Whittle Durban, Federal ID No. 7391 <br> NELSON MULLINS RILEY & SCARBOROUGH LLP <br> 1320 Main Street / 17th Floor <br> Post Office Box 11070 (29211-1070) <br> Columbia, SC  29201 <br> (803) 799-2000 <br> debbie.durban@nelsonmullins.com <br><br> Paul Lopez, ESQ. <br> Florida Bar No. 983314 <br> Robert L Scheppske, ESQ. <br> Florida Bar No. 1025054 <br> TRIPP SCOTT, P.A. <br> 110 S.E. 6th Street, 15th Floor <br> Fort Lauderdale, Florida 33301 <br> Telephone: (954) 525-7500 <br> pol@trippscott.com <br> rls@trippscott.com <br><br> COUNSEL FOR BURTON CLAIM SERVICE, INC. | ejoiner@constangy.com <br><br> Jack R. Wallace, *Admitted Pro Hac Vice* <br> John F. Doyle, *Admitted Pro Hac Vice* <br> CONSTANGY, BROOKS, SMITH & PROPHETE LLP <br> 2600 Grand Boulevard, Suite 750 <br> Kansas City, MO 64108 <br> Telephone: (816) 472-6400 <br> Facsimile: (816) 472-6401 <br> jwallace@constangy.com <br> jfdoyle@constangy.com <br><br> COUNSEL FOR SEIBELS CLAIMS SOLUTIONS, INC. |